# James P. Demetriou

**Attorney at Law**
**650 South Loop Parkway**
**St. Augustine, FL 32095**
**Phone: 904-495-8305**
**516-570-4900**
**Fax: 800-834-9325**
**Email: jim@demetrioulaw.com**

November 27, 2017

**Via ecf filing**
Hon. Arlene Rosario Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: Cathay Bank vs. Malliarakis, et.al
      Docket No.: 17-3551 (LDW)(ARL)

Your Honor:

I am counsel to Defendant Georgios Malliarakis in the captioned matter.

Previous correspondence by Plaintiff's counsel Mr. Haskel advised the Court of the death of Defendant Paula Malliarakis ("Paula") and the need to await the appointment of a personal representative of her Estate.

Since that letter, there has been no movement on the part of Paula's counsel to secure such appointment. Accordingly, there would appear to be no one on behalf of Paula for counsel who appeared on her behalf to represent. Further, with no communication or responses from Mr. Portilla, he has not addressed the issues to be addressed in the Court's notice for the Initial Conference.

In my most recent telephone conversation with Mr. Haskel, he has advised his need to address this issue with the Court at the Initial Conference scheduled for this Wednesday, November 29.

Inasmuch as that issue would appear to impact the ability to move the case forward, and that both my client and I reside in Florida, it is respectfully requested that the Court grant me permission to appear by telephone this Wednesday.

Mr. Haskel has indicated in our conversation that he has no objection to my request, and I have also received the letter filed by Mr. Finkelstein on behalf of the remaining defendants suggesting

Hon. Arlene Rosario Lindsay
United States Magistrate Judge
November 27, 2017
Page Two

there is no need for his appearance and offering to be present by telephone.

Accordingly, it is respectfully requested that the Court grant my request to appear by telephone.

Thank you for your kind attention and consideration.

Very truly yours,

JAMES P. DEMETRIOU

cc: Michael Haskel, Esq., attorney for Plaintiff, via ecf filing
Stephen Finkelstein, Esq., attorney for Defendants 26Road Astoria LLC, Aphis Realty LLC, 1847 Astoria LLC and Dionysios Kaliampos, via ecf filing
Julio Portilla, Esq., attorney for Defendant Paula Malliarakis (via email, jp@julioportillalaw.com)