**LAW OFFICES OF MICHAEL A. HASKEL**
**167 Willis Avenue**
**Mineola, New York 11501-2621**
**Telephone (516) 294-0250**
**Facsimile (516) 294-0854**
e-mail haskelesq@aol.com

**Michael A. Haskel**                                                                                        **Of Counsel:**
_____                                                                                                   **Adrienne S. Cooper**
**Brandon M. Zlotnick**

February 26, 2018

***Via ECF***
Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

   Re: *Cathay Bank v. Malliarakis et al.*, Case No. 17-CV-3551 (LDW) (ARL)

Dear Magistrate Judge Lindsay:

  This firm represents Plaintiff Cathay Bank in the above-referenced matter. I write to request that a court conference be held to ascertain the status of efforts on the part of Julio E. Portilla, Esq., counsel to a now-deceased defendant herein, Paula Malliarakis, to obtain letters of administration of Ms. Malliarakis's estate, with the purpose of substituting the administrator of such estate for Ms. Malliarakis as a party defendant. Mr. Portilla has apparently not received such letters of administration.

  Thank you for your anticipated attention to this matter.

                  Respectfully submitted,

                  s/Michael A. Haskel

                  Michael A. Haskel

cc: Julio E. Portilla, Esq. *(via e-mail)*
   Stephen H. Finkelstein, Esq. *(via ECF)*
   James P. Demetriou, Esq. *(via ECF)*