**LAW OFFICES OF MICHAEL A. HASKEL**
**167 Willis Avenue**
**Mineola, New York 11501-2621**
**Telephone (516) 294-0250**
**Facsimile (516) 294-0854**
e-mail haskelesq2@gmail.com

**Michael A. Haskel**

**Brandon M. Zlotnick**

February 6, 2019

<u>**Via ECF**</u>
Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

      Re:    *Cathay Bank v. Malliarakis et al.*, Case No. 17-CV-3551 (NG) (ARL)

Dear Magistrate Judge Lindsay:

      On January 28, 2019, Your Honor directed Julio E. Portilla, Esq., to provide, *inter alia,* a history of his efforts to obtain Letters of Administration to appoint a representative for the Estate of Paula Malliarakis. Mr. Portilla has violated your directive.

      On behalf of Plaintiff, Cathay Bank, we respectfully request that Mr. Portilla's default be addressed.

      Thank you.

                                   Respectfully submitted,

                                   s/Michael A. Haskel

                                   Michael A. Haskel

cc:    Julio E. Portilla, Esq. *(via e-mail)*
        Stephen H. Finkelstein, Esq. *(via ECF)*
        James P. Demetriou, Esq. *(via ECF)*