#

Brandon M. Zlotnick
Law Offices of Michael A. Haskel
Attorneys for Plaintiff
167 Willis Avenue
Mineola, NY 11501-2621
Phone: (516) 294-0250
Email: haskelesq2@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | |
|---|---|
| CATHAY BANK, | CERTIFICATE OF SERVICE |
| Plaintiff, | |
| | No. 17-CV-3551 (NG) (ARL) |
| -against- | |
| PAULA MALLIARAKIS, GEORGE MALLIARAKIS a/k/a GEORGIOS MALLIARAKIS, 26ROADASTORIA LLC, ALPHA REALTY, INC., APHIS REALTY, INC., 1847 ASTORIA LLC, and DIONYSIOS KALIAMPOS, | |
| Defendants. | |

---------------------------------------------------------------------x

      I hereby certify that on October 9, 2019, I served the Order of the Honorable Arlene R. Lindsay, United States Magistrate Judge, dated and filed October 9, 2019 (Docket Entry No. 44), on the following persons:

    Julio Cesar Montalvo
    203 Marcia Way
    Bridgewater, NJ 08807

    Jose Antonio Bonilla
    201 Shinnecock Court
    Melville, NY 11747

by depositing true copies of same, securely enclosed in post paid wrappers addressed as shown above, in an official depository under the exclusive care and custody of the United States Post

1

#

Office Department within the State of New York.

Dated: Mineola, New York
October 9, 2019

                                              s/Brandon M. Zlotnick
Brandon M. Zlotnick
Law Offices of Michael A. Haskel
Attorneys for Plaintiff
167 Willis Avenue
Mineola, NY 11501-2621
Phone: (516) 294-0250
E-mail: haskelesq2@gmail.com