**STEPHEN H. FINKELSTEIN** COUNSELOR AT LAW

369 LEXINGTON AVENUE • 12TH FLOOR • NEW YORK, NY 10017 • (212) 532-0008 • FAX (212) 695-6007
EMAIL: STEPHEN.FINKELSTEIN@VERIZON.NET

MEMBER N.Y. AND FLA. BAR

THE SENATOR LAW CENTER
767 ARTHUR GODFREY ROAD
MIAMI BEACH, FLA 33141
(305) 538-2344

<u>**Via ECF**</u>

March 3, 2020

Hon. Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:  Cathay Bank v. Jose Antonio Bonilla
           and Julio Cesar Montalvo, as Administrators
           for the Estate of Paula Malliarakis, deceased,
           et al.
        Civil Action No. 17-CV-3551 (NG)(SIL)**

Dear Judge Gershon:

I am writing as counsel to defendants, 26RoadAstoria LLC, Aphis Realty, Inc., 1847 Astoria LLC and Dionysios Kaliampos (collectively, the "Entity Defendants") in the above captioned action, in response to your Honor's Order of February 27th relative to my request to arrange for a pre-motion conference in anticipation of a motion for summary judgment to dismiss the Complaint as against my said clients.

After due consideration and consultation with my new co-counsel for defendants, 26 Road Astoria LLC and Aphis Realty, Inc., to wit: Ganfer Shore Leeds & Zauderer LLP, please be advised that I hereby withdraw my said request, without prejudice to renewal upon completion of party and non-party depositions.

Thank you.

                                               Respectfully yours,

                                               *Stephen H. Finkelstein*

                                               STEPHEN H. FINKELSTEIN

SHF:ca