Michael A. Haskel
Brandon M. Zlotnick
Law Offices of Michael A. Haskel
167 Willis Avenue
Mineola, NY 11501-2621
Phone: (516) 294-0250
Email: haskelesq2@gmail.com
*Attorneys for Plaintiff Cathay Bank*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

CATHAY BANK,                                                Case No. 17-CV-3551 (NG) (SIL)

                                  Plaintiff,      **NOTICE OF MOTION**

      -against-

JOSE ANTONIO BONILLA and JULIO CESAR
MONTALVO, as Administrators for the Estate of
PAULA MALLIARAKIS, deceased, pursuant to
Limited Letters of Administration, GEORGE
MALLIARAKIS a/k/a GEORGIOS MALLIARAKIS,
26ROADASTORIA LLC, APHIS REALTY, INC.,
1847 ASTORIA LLC, and DIONYSIOS KALIAMPOS,

                                  Defendants.
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that upon the Declaration of Brandon M. Zlotnick dated September 21, 2020, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support; and upon all prior pleadings and proceedings had herein, Plaintiff will move this Court before the Honorable Steven I. Locke, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an order pursuant to Rules 15(a)(2) and 21 of the Federal Rules of Civil Procedure, granting Plaintiff leave to serve and file a second amended complaint in the form of Exhibit C to this motion, amended to (1) add

Dimitrios Pistikos as a defendant therein, and (2) add new allegations to, or revise existing allegations in, the amended complaint; and (3) granting such other, further, and different relief as this Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, must be served on the undersigned within fourteen (14) days after service of the moving papers; and

**PLEASE TAKE FURTHER NOTICE,** that any reply papers by Plaintiff must be served within seven (7) days after service of the answering papers, if any.

Dated: Mineola, New York
       September 21, 2020

                                              Respectfully submitted,

                                              LAW OFFICES OF MICHAEL A. HASKEL

                                              By: s/Brandon M. Zlotnick_____
                                                  Brandon M. Zlotnick
                                                  Attorneys for Plaintiff
                                                  167 Willis Avenue
                                                  Mineola, NY 11501-2621
                                                  Phone: (516) 294-0250
                                                  Email: haskelesq2@gmail.com

**TO:**    Stephen H. Finkelstein, Esq.
           Attorney for Defendants 1847 Astoria LLC, Dionysios Kaliampos, 26RoadAstoria LLC,
           and Aphis Realty, Inc.
           369 Lexington Avenue, 12th Floor
           New York, NY 10017

           Dawn M. Wilson, Esq.
           Ganfer Shore Leeds & Zauderer LLP
           Attorneys for Defendants 26RoadAstoria LLC and Aphis Realty, Inc.
           360 Lexington Avenue, 14th Floor
           New York, NY 10017

           James P. Demetriou, Esq.
           Attorney for Defendant George Malliarakis a/k/a Georgios Malliarakis
           3208 E. Colonial Drive #284
           Orlando, FL 32803

3

Julio E. Portilla, Esq.
The Law Office of Julio E. Portilla, P.C.
Attorney for Defendants Jose Antonio Bonilla and Julio Cesar Montalvo, as Administrators for the Estate of Paula Malliarakis, deceased, pursuant to Limited Letters of Administration
555 Fifth Avenue, 17th Floor
New York, NY 10017